IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 5:06-cr-419-LSC-TMP |
| | ) |
| GARY CARLTON HUCKABY | ) |

### Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 53] entered the 19th day of January, 2007.  This court has made a *de novo* determination of those findings and portions objected to by the Defendant in this case.

It is Ordered that the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 53] entered the 19th day of January, 2007 be accepted and hereby is accepted as entered. This court does hereby adopt the report and recommendation as the Order of this court as if the same were set forth at this point in extenso.  The objections to said report and recommendation are overruled.

Done this 31st day of January 2007.

                                               _____ 2620
                                                  L. SCOTT COOGLER
                                           UNITED STATES DISTRICT JUDGE